IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Bankruptcy Case No. 15-12284 (LSS) |
| MILLENNIUM LAB HOLDINGS II, LLC, et al., | : | |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| OPT-OUT LENDERS, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | C. A. No. 17-1461-LPS |
| | : | BAP No. 17-39 |
| MILLENNIUM LAB HOLDINGS II, LLC, et al., TA MILLENNIUM, INC., and JAMES SLATTERY, | : | |
| | : | |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **6th** day of **November, 2017**.

Pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

Prior to confirmation of the Plan, the parties engaged in settlement discussions. Based on these prior settlement efforts and the parties' respective positions as contained in their joint letter regarding mandatory mediation, both requested the appeal be removed from mandatory mediation and allowed to proceed

through the briefing on appeal.

The parties propose the following briefing schedule:

| | |
|---|---|
| Friday, January 26, 2018 | Appellants filed their opening brief on appeal and Appellees file their motion to dismiss the appeal. |
| Wednesday, March 28, 2018 | Appellees file their responsive brief on appeal and Appellants file their opposition to dismiss the appeal. |
| Wednesday, April 18, 2018 | Appellants file their reply brief on appeal and Appellees file their reply brief in support of their motion to dismiss the appeal. |
| Oral Argument | After completion of the briefing contemplated above at the Court's convenience. |

As a result of the above screening process, mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Since this Recommendation is consistent with the parties' request, objections to this Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1, are not expected.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge